1   John K. Skousen, Bar No. 192581
    jskousen@laborlawyers.com
2   Bruce A. Larson, Bar No. 244344
    blarson@laborlawyers.com
3   FISHER & PHILLIPS LLP
    18400 Von Karman Avenue, Suite 400
4   Irvine, California 92612
    Telephone   (949) 851-2424
5   Facsimile (949) 851-0152

6   Attorneys for Defendant ELECTROLUX NORTH HOME PRODUCTS, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  JESSE STEFFENS,                     CASE NO.
                                            SACV09 -292 AG (MLGx)
12                 Plaintiff,           [Removed From State Court Case No
                                        30-2008-00116415]
13  vs.

14  ELECTROLUX NORTH AMERICA,           DEFENDANT'S NOTICE OF
    INC., ELECTROLUX HOME                INTERESTED PARTIES
15  PRODUCTS, INC., KAREN               [Notice Filed In Accordance With
    JACKSON, and DOES 2 to 100          Local Rule 7.1-1]
16
                   Defendants.
17                                      Complaint Filed:  02/19/2009
                                        Trial Date:    None
18

19        TO PLAINTIFF JESSE STEFFENS AND HER COUNSEL OF RECORD,

20  AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

21  CENTRAL DISTRICT OF CALIFORNIA:

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                    NOTICE OF INTERESTED PARTIES.

1   The undersigned counsel of record for Defendant, ELECTROLUX HOME

2   PRODUCTS, INC. ("Defendant"), certifies that the following listed parties have a

3   direct, pecuniary interest in the outcome of this case. These representations are

4   made to enable the Court to evaluate possible disqualifications or recusal.

5   The interested parties include:

6   1)   Defendant Electrolux Home Products, Inc.

7   2)   Electrolux Holdings, Inc.

8   3)   Jessie Steffens

9   DATED: March 9, 2009                         FISHER & PHILLIPS LLP

10

11                                   By:   _____
                                          John K. Skousen
12                                        Bruce A. Larson
                                          Attorneys for Defendant ELECTROLUX
13                                        HOME PRODUCTS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF INTERESTED PARTIES.

Irvine 550947.1

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 18400 Von Karman Avenue, Suite 400, Irvine, California 92612.

On March 9, 2009, I served the foregoing document entitled **DEFENDANT'S NOTICE OF INTERESTED PARTIES[Notice Filed In Accordance With Local Rule 7.1-1]** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Bryan Westerfeld
Walraven & Lehman, LLP                    Attorneys for Plaintiff
120 Vantis, Ste 535                       JESSE STEFFENS
ALiso Viejo, CA 92656

☒  **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐  **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s).*The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.*

☐  **[by FEDERAL EXPRESS]** - I served a true and correct copy enclosed in a sealed envelope, for collection and mailing with Federal Express Overnight Mail that same day in the ordinary course of business, as addressed above.

☐  **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐  **[STATE]** - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒  **[FEDERAL]** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 9, 2009, at Irvine, California.

Vivian Friedhoff                          By: _____
_____                        Signature
Print Name