JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE STEFFENS,<br><br>         Plaintiff,<br><br>vs.<br><br>ELECTROLUX NORTH AMERICA, INC., ELECTROLUX HOME PRODUCTS, INC., KAREN JACKSON, and DOES 2 to 100.<br><br>         Defendants. | CASE NO. SACV 09-292AG (MLGx)<br><br>[Removed From State Court Case No 30-2008-00116415]<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION AND ALL DEFENDANTS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>*Complaint Filed:  02/19/2009*<br>*Trial Date:     None* |

Upon review of the parties' Stipulation of Dismissal of Entire Action and all Defendants with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds that good cause exists to dismiss the entire action with prejudice.

IT IS HEREBY ORDERED THAT:

The entire case be dismissed with prejudice.

DATED: __May 21, 2010                     _____
                                          Honorable Andrew J. Guilford
                                          United States District Judge

1
ORDER OF DISMISSAL

Irvine 550941.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

Irvine 550941.1